**Lanier RILEY, Petitioner**

v.

**John TALABER, Esq., Defendant**

**Secretary Pennsylvania Board
of Probation and Parole,
et al., Respondents**

No. 73 EM 2017

Supreme Court of Pennsylvania.

August 1, 2017

### ORDER

PER CURIAM

**AND NOW,** this 1st day of August, 2017, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus is **DENIED.**

**COMMONWEALTH of Pennsylvania,
Respondent**

v.

**Kimberly A. TUTKO, Petitioner**

No. 154 MAL 2017

Supreme Court of Pennsylvania.

August 1, 2017

### ORDER

PER CURIAM

**AND NOW,** this 1st day of August, 2017, the Petition for Allowance of Appeal is **DENIED.**